United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRANDON WELLS,

    Plaintiff,

  v.

CINGULAR WIRELESS LLC,

    Defendant.

                                 /

No. C 06-03191 WHA

**ORDER DENYING EXTENSION TO COMPLETE DISCLOSURES**

      The parties have moved for a one-month extension to the deadline for completing their initial disclosures. The parties, however, have failed to show good cause for such a lengthy extension. The Court may nevertheless extend the deadline, currently set for August 10, 2006, upon proper showing of need at the case management conference scheduled for the same date.

      **IT IS SO ORDERED.**

Dated: August 1, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE