IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON WELLS,<br><br>    Plaintiff,<br><br>  v.<br><br>CINGULAR WIRELESS LLC,<br><br>    Defendant.<br>                                        / | No. C 06-03191 WHA<br><br>**NOTICE RE HEARING** |

    At page 9, defendant states "The only discovery that should be permitted prior to class certification is that which pertains to the issue of class certification. *Oppenheimer Fund, Inc. v. Sanders*, 437 U.S. 340, 351 n. 13 (1978)." Please re-read footnote 13 in *Oppenheimer* and address at the hearing the question of the accuracy of the above-quoted argument.

    **IT IS SO ORDERED.**

Dated: September 5, 2006

                                                            WILLIAM ALSUP
                                                            UNITED STATES DISTRICT JUDGE